852

No. 1083. COHEN *v.* UNITED STATES. April 30, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Thomas I. Sheridan* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Mr. Robert S. Erdahl* and *Miss Beatrice Rosenberg* for the United States.

No. 1087. INTERNATIONAL LADIES' GARMENT WORKERS' UNION ET AL. *v.* DONNELLY GARMENT CO. ET AL. April 30, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Charles A. Horsky* and *Emil Schlesinger* for petitioners. *Messrs. Robert J. Ingraham, William S. Hogsett* and *Frank E. Tyler* for respondents.

No. 1088. DEUTSCH, DOING BUSINESS AS UNITY SANITARY SUPPLY CO., *v.* HOGE ET AL. April 30, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Irving H. Saypol* for petitioner. *Mr. Meyer Kraushaar* for respondents.

No. 1122. BROTHERHOOD OF LOCOMOTIVE FIREMEN & ENGINEMEN ET AL. *v.* CHICAGO, NORTH SHORE & MILWAUKEE RAILROAD CO. ET AL. April 30, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Leo J. Hassenauer* and *Everett L. Gordon* for petitioners. *Mr. Ralph R. Bradley* for respondents.

No. 548. VELASCO *v.* RAGEN, WARDEN;
No. 615. GOOCH *v.* NIERSTHEIMER, WARDEN;
No. 617. WALKER *v.* RAGEN, WARDEN;